IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.:

INTERESTED LONDON
UNDERWRITERS,
f/u/b/o Atalanta Corporation,

       Plaintiff,

  v.

HAPAG-LLOYD AG,
a German Company

       Defendant,

_____/

## COMPLAINT

**COMES NOW** the Plaintiff, INTERESTED LONDON UNDERWRITERS f/u/b/o Atalanta Corporation subscribing to insurance policy number B090215M255222054 and sues the Defendant, HAPAG-LLOYD AG for damages and in support thereof states as follows:

1.     This is an action for damages in excess of $75,000.00 and otherwise within the jurisdiction of this Court.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. This is a diversity case. According to 28 U.S.C. §1332 the District Courts of the United States have original jurisdiction.

2.     Venue is proper in Miami-Dade County, Florida as some of the acts giving rise to the cause of action occurred here.

1

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

3.     The Plaintiff, INTERESTED LONDON UNDERWRITERS is a group of foreign insurance underwriters subscribing to Insurance Policy Number B090215M255222054 insuring Atalanta Corporation and its subsidiaries including Pacific Seafoods De Nicaragua, S.A. (PASENIC) with stock throughput insurance coverage for the transportation of goods worldwide including frozen lobster tails.

4.     The Defendant, HAPAG-LLOYD AG is a German Company authorized to and transacting business in Miami-Dade, Florida.  The Defendant, HAPAG-LLOYD AG is a vessel operating common carrier ("VOCC"). The Defendant, HAPAG-LLOYD AG is engaged in the business of the ocean carriage of goods for hire between ports in the United States, South America, Central America and Europe including Miami, Florida, Nicaragua, Costa Rica and Belgium. The Defendant, HAPAG-LLOYD AG routinely conducts and engages in non-isolated business activities in Miami-Dade County, Florida.

5.     Atalanta Corporation is a New Jersey Company with offices in Miami-Dade County, Florida. Atalanta Corporation sells containers of frozen Caribbean lobster tails caught in Nicaragua to its customers including Somegel International located in France.

## COUNT I

The Plaintiff INTERESTED LONDON UNDERWRITERS adopts and incorporates by reference as if set forth in full herein paragraphs 1 through 5.

6.     The Defendant, HAPAG-LLOYD AG agreed with Atalanta Corporation and PASENIC or otherwise as a matter of law was charged, for good and valuable consideration to undertake the transportation of  a cargo of frozen Caribbean lobster tails from El Rama, Nicaragua to Antwerp, Belgium in the same good order and condition in which the Defendant received the cargo.

2

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

7.      On or about January 12, 2016 in El Rama, Nicaragua the Defendant, HAPAG-LLOYD AG received a shipment of 1080 cartons of frozen lobster tails with a weight of 42,000 pounds/19,595.39 kilos in good order and condition. The lobster tails were loaded in HAPAG-LLOYD AG refrigerated container GESU9334301FCL with Seal HLD0880501. The Defendant, HAPAG-LLOYD AG arranged for the transportation of the refrigerated container to be trucked overland by its agent Transporte Transamerica, S.A. to the Port Limone, Costa Rica where it would be loaded onto the HAPAG-LLOYD AG vessel Northampton V5351N for delivery to Antwerp, Belgium.

8.      The Defendant, HAPAG-LLOYD AG picked up and received the shipment of frozen lobster tails in El Rama, Nicaragua on or about January 12, 2016 in good order and condition. However, the Defendant, HAPAG-LLOYD AG failed to deliver the cargo in the same good order and condition at its destination as the container containing the lobster tails was stolen in Costa Rica on or about January 13, 2016.

9.      No Bill of Lading was ever issued by the Defendant HAPAG-LLOYD AG or existed at the time of the loss.

10.     Pursuant to Insurance Policy Number B090215M255222054 the Plaintiff INTERESTED LONDON UNDERWRITERS insured Atalanta Corporation for the shipment of the 1080 cartons of frozen lobster tails with a weight of 42,000 pounds/19,595.39 kilos from the El Rama, Nicaragua to Antwerp, Belgium. On or about January 13, 2016 Atalanta Corporation suffered a loss in the amount of $622,449.83 by reason of the above-mentioned acts. Atalanta Corporation sustained covered damages and made a claim against INTERESTED LONDON UNDERWRITERS. Under the terms of the Insurance Policy B090215M255222054 INTERESTED LONDON UNDERWRITERS have been called upon to pay and have paid the

3

claim in the amount of $612,449.83. Atalanta Corporation has incurred a deductible of $10,000.00. The total damages are $622,449.83.

11.     Pursuant to the above mentioned insurance policy, assignment, subrogation agreement and payment INTERESTED LONDON UNDERWRITERS have become subrogated to the rights of Atalanta Corporation including all rights to recover against the Defendant, HAPAG-LLOYD AG. A copy of the subrogation agreement is attached as **Exhibit 1.**

12.     Demand has been made upon the Defendant, HAPAG-LLOYD AG but the Defendant has at all times refused to pay the damages.

13.     All conditions precedent to the filing of this lawsuit have occurred or have been waived.

**WHEREFORE**, the Plaintiff, INTERESTED LONDON UNDERWRITERS sues the Defendant, HAPAG-LLOYD AG for damages in the amount of $622,449.83 prejudgment interest, costs and such further relief as this Court awards.

## <u>COUNT II</u>

The Plaintiff INTERESTED LONDON UNDERWRITERS adopts and incorporates by reference as if set forth in full herein paragraphs 1 through 5.

14.     The Defendant, HAPAG-LLOYD AG agreed with Atalanta Corporation and PASENIC or otherwise as a matter of law was charged, for good and valuable consideration, to undertake transportation of a cargo of frozen Caribbean lobster tails from El Rama, Nicaragua to Antwerp, Belgium in the same good order and condition in which the Defendant received the cargo.

15.     On or about April 8, 2016 in El Rama, Nicaragua the Defendant, HAPAG-LLOYD AG received a shipment of 1027 cartons of frozen lobster tails with a weight of 41,080 pounds/18,633.77 kilos in good order and condition. The lobster tails were loaded in HAPAG-

4

LLOYD AG refrigerated container HLXU8730922. The Defendant, HAPAG-LLOYD AG arranged for the transportation of the refrigerated container to be trucked overland by its agent Transporte Transamerica, S.A. to the Port Limone, Costa Rica where it would be loaded onto the HAPAG-LLOYD AG vessel Saint Nikolas V1613S for delivery to Antwerp, Belgium.

16.     The Defendant, HAPAG-LLOYD AG picked up and received the shipment of frozen lobster tails in El Rama, Nicaragua on or about April 8, 2016 in good order and condition. However, the Defendant, HAPAG-LLOYD AG failed to deliver the cargo in the same good order and condition at its destination as the container containing the lobster tails was stolen in Costa Rica on or about April 8, 2016.

17.     No Bill of Lading was ever issued by the Defendant HAPAG-LLOYD AG or existed at the time of the loss.

18.     Pursuant to Insurance Policy Number B090215M255222054 the Plaintiff INTERESTED LONDON UNDERWRITERS insured Atalanta Corporation for the shipment of the 1027 cartons of frozen lobster tails with a weight of 41,080 pounds/18,633.77 kilos from the El Rama, Nicaragua to Antwerp, Belgium. On or about April 8, 2016 Atalanta Corporation suffered a loss in the amount of $672,972.00 by reason of the above-mentioned acts. Atalanta Corporation sustained covered damages and made a claim against INTERESTED LONDON UNDERWRITERS. Under the terms of the Insurance Policy B090215M255222054 INTERESTED LONDON UNDERWRITERS have been called upon to pay and have paid the claim in the amount of $662,972.00. Atalanta Corporation has incurred a deductible of $10,000.00. The total damages are $672,972.00.

19.     Pursuant to the above mentioned insurance policy, assignment, subrogation agreement and payment INTERESTED LONDON UNDERWRITERS have become subrogated

5

to the rights of Atalanta Corporation including all rights to recover against the Defendant, HAPAG-LLOYD AG. A copy of the subrogation agreement is attached as **Exhibit 2.**

20.     Demand has been made upon the Defendant, HAPAG-LLOYD AG but the Defendant has at all times refused to pay the damages.

21.     All conditions precedent to the filing of this lawsuit have occurred or have been waived.

**WHEREFORE**, the Plaintiff, INTERESTED LONDON UNDERWRITERS sues the Defendant, HAPAG-LLOYD AG for damages in the amount of $672,972.00 prejudgment interest, costs and such further relief as this Court awards.

> **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
> *Attorney for Plaintiff Interested London Underwriters*
> 9300 South Dadeland Boulevard
> 4th Floor
> Miami, FL  33156
> Tel: 305-670-1101
> Fax: 305-670-1161
>
>
> By:_____
> JAMES J. MCNALLY, ESQUIRE
> Florida Bar No.: 313777
> jmcnally@qpwblaw.com Primary
> aruiz@qpwblaw.com Secondary

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.